of Criminal Appeals, it is ordered that said petition is hereby granted, and the decision of the United States Army Court of Criminal Appeals is affirmed.* [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

No. 14–0378/AR. U.S. v. George A. Fiebelkorn. CCA 20130629. [See also APPEALS—SUMMARY DISPOSITIONS this date.]

No. 13–0536/AR. U.S. v. Jacob D. Moon. CCA 20120112. Appellee's motion for leave to file a supplemental joint appendix is granted.

Monday, March 10, 2014

No. 14–0049/AR. U.S. v. Robert A. Warren. CCA 20100914. On consideration of Appellant's petition for reconsideration of the Court's order issued on February 3, 2014, it is ordered that said petition is hereby denied.

---

\* It is directed that the promulgating order be corrected to change the pleas to Specifications 1 and 2 of Charge II from "Not Guilty" to "Guilty."